**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>*Appellant*,<br><br>v.<br><br>UNITED STATES ARMY CORPS<br>OF ENGINEERS, *et al.*,<br><br>*Appellees*. | No. 25-5198 |

**APPELLANT STANDING ROCK SIOUX TRIBE'S
UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellant Standing Rock Sioux Tribe moves the Court, without opposition, for an order dismissing this appeal (Case No. 25-5198). Counsel for Appellant has conferred with counsel for the other parties in this matter. No party opposes this motion, and each party has agreed to bear its own costs.

Date: June 14, 2026

Respectfully submitted,

*/s/ Jeffrey C. Parsons*
Jeffrey Parsons, Esq.
Parsons Law Office
2205 W. 136th Avenue
Suite 106-311
Broomfield, CO 80023
(720) 203-2871
jeff@parsonslawoffice.com

1

Natali Segovia, Esq.
Water Protective Legal Collective
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org

Peter Capossela, Esq.
Attorney at Law PC
Post Office Box 10643
Eugene, Oregon 97440
(541) 505-4883
pcapossela@nu-world.com

*Counsel for Plaintiff-Appellant
Standing Rock Sioux Tribe*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing Unopposed Motion for Voluntary Dismissal for Plaintiff-Appellant Standing Rock Sioux Tribe complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 56 words, excluding parts exempted by the Federal Appellate and Circuit Rules.

I hereby further certify that the foregoing Motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Date: June 14, 2026                    Respectfully submitted,

                                       */s/ Jeffrey C. Parsons*
                                       Jeffrey C. Parsons

                                       *Attorney for Appellant*

## **CERTIFICATE OF SERVICE**

I, Jeffrey C. Parsons, hereby certify that the foregoing Unopposed Motion for Voluntary Dismissal for Plaintiff-Appellant Standing Rock Sioux Tribe was served on all counsel of record in case number 25-5198 through the electronic filing system (CM/ECF) of the U.S. Court of Appeals for the District of Columbia Circuit.

Date: June 14, 2026

Respectfully submitted,

*/s/ Jeffrey C. Parsons*
Jeffrey C. Parsons

*Attorney for Appellant*